UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MOHAMED HASSAN JEYLANI,

Petitioner,

v.

BRIAN ENGLISH, et al.,

Respondents.

CAUSE NO. 3:26-CV-519-CCB-SJF

## **ORDER**

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on July 7, 2026. ECF 20. The court entered the order granting habeas relief on July 7, 2026. ECF 19.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 19) and to close this case.

SO ORDERED on July 10, 2026.

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT